IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,        :
                                 :
         Plaintiff,              :
                                 :
V.                               :     Civil No. JFM-02-1354
                                 :
MARJORIE M. WHITEMAN,            :
a/k/a Marjorie M. Pyles,         :
a/k/a Marjorie Marie Whiteman,   :
                                 :
         Defendant.              :

.....oOo.....

## JUDGMENT BY DEFAULT

The plaintiff has moved, pursuant to Rule 55(b)(2), Fed. R. Civ. Pr., for a judgment by default, an entry of default having been made by the Clerk on _July 15, 2002_, for want of answer or other defense. The court having reviewed the entire record, it appears that: (1) the defendant has been properly served; (2) the defendant has not appeared in this action; (3) the plaintiff has established a factual and legal basis for its claim against the defendant; and (4) a hearing on the nature or amount of the plaintiff's claim is unnecessary.

Accordingly, it is this _16th_ day of _July_, 2002, ORDERED:

1. Judgment by default is hereby entered in favor of the plaintiff, and against the defendant, in the amount of $4,087.38, (principal of $2,527.28, interest in the amount of $1,536.20 through May 22, 2002 and administrative costs of $23.90) plus prejudgment interest at the rate of 8% per annum from May 22, 2002 until the date of judgment, interest at the legal rate from the date of judgment until paid in full, filing fees in the amount of $150.00 pursuant to 28 U.S.C. §1914, and cost for service of the summons and complaint by a Private Process Server in the amount of $30.00.

J. FREDERICK MOTZ
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the \_11\_ day of July, 2002, a copy of the motion for entry of default of proposed judgment was sent first class mail, postage prepaid, to Marjorie M. Whiteman, 17 Fox Run Court, Reisterstown, MD 21136, defendant.

By: Thomas F. Corcoran
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410/209-4800
Trial Bar No. 24894