IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. JFM-02-1354 |
| MARJORIE M. WHITEMAN | : | |
| Defendant. | : | |

............

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The defendant is hereby released from any lien created by the Abstract of Judgment on September 10, 2002, Case No.: USA03-L-02-8901, Liber 149, Page 50, with the Circuit Court for Baltimore County.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2008, a copy of the foregoing was delivered by first class mail to:

Marjorie m. Whiteman-Pyles
218 Mysticwood Road
Reisterstown, MD 21136

_____
Thomas F. Corcoran
Assistant United States Attorney